NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABBVIE BIOTECHNOLOGY, LTD.,**
*Appellant*

**v.**

**UNITED STATES, ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenors*

---

2017-2304, 2017-2305, 2017-2306, 2017-2362, 2017-2363

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00172, IPR2016-00188, IPR2016-00189, IPR2016-00408, IPR2016-00409.

---

**JUDGMENT**

---

THOMAS SAUNDERS, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellant. Also represented by WILLIAM G. MCELWAIN, AMY K. WIGMORE, DAVID P. YIN; WILLIAM F. LEE, Boston, MA; WILLIAM

BARRETT RAICH, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC; CHARLES E. LIPSEY, STEVEN O'CONNOR, Reston, VA.

NICHOLAS THEODORE MATICH, IV, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenors. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, MEREDITH HOPE SCHOENFELD, KAKOLI CAPRIHAN; DENNIS FAN, JOSEPH H. HUNT, SCOTT R. MCINTOSH, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT



January 7, 2020                    /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court